USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RONALD AQUINO, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

MAMICA, INC. d/b/a IL RICCIO RESTAURANT, MARIO BENFORTE, CARMINE ERCOLANO, and MICHELE GIANCASPRO,

                Defendants.
---------------------------------------------------------------X

Case No. 16-CV-8952 (RWS)

**STIPULATION AND ORDER OF DISMISSAL**



RECEIVED MAY 19 2017 JUDGE SWEET CHAMBERS

WHEREAS, on November 17, 2016, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiff did not seek any certification and no individuals received notice of this action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
May 18, 2017

CILENTI & COOPER, PLLC
*Attorneys for Plaintiff*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
Justin Cilenti

ALAN J. HARRIS, P.C.
*Attorney for Defendants*
427 Manville Road
Pleasantville, New York 10570
(914) 747-9393

By: _____
Alan J. Harris

SO ORDERED:

_____
Robert W. Sweet, U.S.D.J.
5-19-17